**Rodney F. STICH, petitioner, v. UNITED STATES BANKRUPTCY COURT for the NORTHERN DISTRICT OF CALIFORNIA (Jerome E. Robertson, et al., Real Parties in Interest). No. 89–1199.**

Supreme Court of the United States.

Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit.

March 19, 1990. Denied.